No. 68942.—American Express Co. and Strombeck Becker Mfg. Co. et al. *v.* United States, protests 60/16263, etc. (San Francisco).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 68943.—Geo. S. Bush & Co., Inc. *v.* United States, protests 61/2459, etc. (Portland, Oreg.).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 68944.—Polks Model Craft Hobbies, Inc. *v.* United States, protests 63/7859(B), etc. (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of HO gauge locomotives similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiff was sustained.